# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-371-W

| | |
|---|---|
| WARNER BROS. RECORDS, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| BRYON JENKINS, | )<br>) |
| Defendant. | )<br>) |

ORDER

The docket in this action indicates that default has been entered against defendant Bryon Jenkins. Please proceed in accordance with Rule 55 of the Federal Rules of Civil Procedure to reduce this matter to judgment as to the defaulted defendant. If no steps are taken within fourteen (14) days of entry of this Order to reduce this matter to judgment, the Court will require you to show cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Signed: April 26, 2007

Frank D. Whitney
United States District Judge