# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:06-CV-371-W

| | |
|---|---|
| WARNER BROS. RECORDS, INC., et al., ) ) ) Plaintiffs, ) ) vs. ) ) BRYON JENKINS, ) ) Defendant. ) ) | DEFAULT JUDGMENT |

Based upon Plaintiffs' Motion For Default Judgment (Doc. No. 11), and good cause appearing therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant further shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Basket Case," on album "Dookie," by artist "Green Day" (SR# 185-457);

- "Another Brick in the Wall, Pt. 2," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);

- "Boombastic," on album "Boombastic," by artist "Shaggy" (SR# 222-048);

- "All Apologies," on album "In Utero," by artist "Nirvana" (SR# 172-276);
- "If Only She Knew," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

Signed: May 4, 2007

Frank D. Whitney
United States District Judge